UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHANNA PEROZO-CARRASQUERO, | ) | Case No.: 3:26 CV 2029 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT LYNCH *et al.*, | ) | |
| | ) | |
| Respondents | ) | ORDER OF DISMISSAL |

On October 29, 2026, at 4:00 p.m., the court held a telephonic status conference on the record with counsel for the parties in the above-captioned case to verify that Petitioner was granted bond and released. Counsel for the parties agreed that Petitioner was granted bond and released on October 16, 2026. They also agreed that the matters raised in the Petition are now moot and that the case may appropriately be dismissed.

Accordingly, the court finds that the case is moot and hereby dismisses the action.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 30, 2026